IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-00026-BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMEY AMECHE OWENS | ORDER |

On 14 July 2021, defendant appeared in court for his arraignment and to plead guilty pursuant to a plea agreement. In response to questions the court asked to satisfy itself of defendant's understanding of the nature of the charges and the terms of the agreement, see Fed. R. Crim. P. 11, defendant stated that although he had read the indictment, he had not gone over it in depth with his lawyer. Similarly, he stated that he had signed the plea agreement but had not gone over it with his lawyer. Therefore, the court continued the proceeding to its next session to allow defendant to meet with his lawyer to review the documents fully and ensure defendant has a complete and accurate understanding of what is contained therein. The court finds that the ends of justice served by continuance outweigh the best interest of the public and defendant in a speedy trial. The delay occasioned by the continuance shall be excluded in computing defendant's speedy trial time. See 18 U.S.C. § 3161(h)(7)(A).

This 15 July 2021.

_____
W. Earl Britt
Senior U.S. District Judge