IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-00026-BR

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| JAMEY AMECHE OWENS | |

Defense counsel's motion to withdraw based on a conflict of interest is hereby SET for hearing during the 9 August 2021 session. Because the court needs time to hear and decide the motion, and should the court grant the motion, newly appointed counsel will need additional time to prepare, defendant's arraignment and plea hearing is CONTINUED to the 13 September 2021 session. The court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and defendant in a speedy trial. The delay occasioned by the continuance shall be excluded in computing defendant's speedy trial time. See 18 U.S.C. § 3161(h)(1)(D), (H), (7)(A).

This 19 July 2021.

W. Earl Britt
Senior U.S. District Judge